(Official Form 1) (10/05)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CVEK BUILDERS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3987646** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**1530 Hubbard Ave**<br>**Unit B**<br>**Batavia, IL**            ZIP Code **60510** | Street Address of Joint Debtor (No. & Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor** (Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)

FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CVEK BUILDERS, INC.** |

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)          Date |

| Exhibit C | Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                                              FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **CVEK BUILDERS, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ George A. Thomas**
Signature of Attorney for Debtor(s)

**George A. Thomas**
Printed Name of Attorney for Debtor(s)

**Thomas & Einarson, Ltd.**
Firm Name

**1213 Joliet St., Suite F**
**West Chicago, IL 60185**

Address

**Email: thomasandeinarson@sbcglobal.net**
**(630) 562-2280  Fax: (630) 562-2282**
Telephone Number

**May 26, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Paul S Cvek**
Signature of Authorized Individual

**Paul S Cvek**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 26, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **CVEK BUILDERS, INC.** _____   Case No. _____

Debtor(s)   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A&J Concrete Construction**<br>**119 Turner Court**<br>**West Chicago, IL 60185** | **A&J Concrete Construction**<br>**119 Turner Court**<br>**West Chicago, IL 60185** | **Subcontractor** | **Disputed** | **60,978.00** |
| **Citibank USA**<br>**Dept 32-2005898360**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | **Citibank USA**<br>**Dept 32-2005898360**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | **Materials purchases @ Home Depot** | | **26,964.59** |
| **Cleary Plastering**<br>**5235 S Nagel Ave**<br>**Chicago, IL 60638** | **Cleary Plastering**<br>**5235 S Nagel Ave**<br>**Chicago, IL 60638** | **Subcontractor** | | **29,650.00** |
| **Daves Electric**<br>**1545 Paramount Parkway**<br>**Batavia, IL 60510-1469** | **Daves Electric**<br>**1545 Paramount Parkway**<br>**Batavia, IL 60510-1469** | **Subcontractor** | | **94,945.00** |
| **Enterprise Plumbing**<br>**816 E North Street**<br>**Elburn, IL 60119** | **Enterprise Plumbing**<br>**816 E North Street**<br>**Elburn, IL 60119** | **Subcontractor** | | **20,992.25** |
| **FE Wheaton & Co Inc**<br>**PO Box 459**<br>**Yorkville, IL 60560-0459** | **FE Wheaton & Co Inc**<br>**PO Box 459**<br>**Yorkville, IL 60560-0459** | **Materials** | | **78,092.21** |
| **Granite & Marble Expressons Inc**<br>**8428 W 44th Place**<br>**Lyons, IL 60534** | **Granite & Marble Expressons Inc**<br>**8428 W 44th Place**<br>**Lyons, IL 60534** | **Subcontractor** | | **21,621.00** |
| **Hogan Plumbing Inc**<br>**30W265 Youghal Road**<br>**Warrenville, IL 60555** | **Hogan Plumbing Inc**<br>**30W265 Youghal Road**<br>**Warrenville, IL 60555** | **Subcontractor** | | **33,109.53** |
| **Huebner Roofing Inc**<br>**730 Chestnut Street**<br>**Lemont, IL 60439** | **Huebner Roofing Inc**<br>**730 Chestnut Street**<br>**Lemont, IL 60439** | **Subcontractor** | | **27,035.00** |
| **IL Dept of Employment Security**<br>**Bankruptcy Unit, 3rd Floor**<br>**401 S State St**<br>**Chicago, IL 60605** | **IL Dept of Employment Security**<br>**Bankruptcy Unit, 3rd Floor**<br>**401 S State St**<br>**Chicago, IL 60605** | **1st Quarter 2006 - $5696.74**<br>**1st, 2nd, 3rd Quarter 2005-$13055.22** | **Disputed** | **18,751.96** |

In re    **CVEK BUILDERS, INC.**                                          Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Internal Revenue Service 230 S Dearborn St Mail Stop 5010 CHI Chicago, IL 60604** | **Internal Revenue Service 230 S Dearborn St Mail Stop 5010 CHI Chicago, IL 60604** | **4th Quarter 2004- $39,944.21 1st Quarter 2005- $37171.09 1st Quarter 2006- $18430.29** | **Disputed** | **95,545.59** |
| **Internal Revenue Service 230 S Dearborn St Mail Stop 5010 CHI Chicago, IL 60604** | **Internal Revenue Service 230 S Dearborn St Mail Stop 5010 CHI Chicago, IL 60604** | **Shareholder's real property** | **Disputed** | **126,656.85 (850,000.00 secured) (785,720.00 senior lien)** |
| **Jama Cedar Construction 5209 West 99th Street Oak Lawn, IL 60453** | **Jama Cedar Construction 5209 West 99th Street Oak Lawn, IL 60453** | **Subcontractor** | | **28,143.00** |
| **Jim and Patty Lambert 22W060 Martson Glen Ellyn, IL 60137** | **Jim and Patty Lambert 22W060 Martson Glen Ellyn, IL 60137** | **Lawsuit pending in DuPage County** | **Disputed** | **50,000.00** |
| **Jims Decorating Co Inc 1095 W Washington West Chicago, IL 60185** | **Jims Decorating Co Inc 1095 W Washington West Chicago, IL 60185** | **Subcontractor** | **Disputed** | **76,181.00** |
| **Juan Rivera 1151 Concord Drive Elgin, IL 60120** | **Juan Rivera 1151 Concord Drive Elgin, IL 60120** | **Subcontractor** | | **36,353.00** |
| **Kustom Heating & Cooling 400 Mill Street South Elgin, IL 60177** | **Kustom Heating & Cooling 400 Mill Street South Elgin, IL 60177** | **Subcontractor** | | **41,067.84** |
| **Prado Verdes Landscaping 3N270 Timberline Drive West Chicago, IL 60185** | **Prado Verdes Landscaping 3N270 Timberline Drive West Chicago, IL 60185** | **Landscaping Services** | | **36,366.00** |
| **Russ All Plumbing & Sewer 318 Interstate Road Addison, IL 60101** | **Russ All Plumbing & Sewer 318 Interstate Road Addison, IL 60101** | **Subcontractor** | | **23,150.00** |
| **SS Schwarz Construction 1185 Carolina Drive West Chicago, IL 60185** | **SS Schwarz Construction 1185 Carolina Drive West Chicago, IL 60185** | **Subcontractor** | **Disputed** | **33,920.00** |

In re    **CVEK BUILDERS, INC.** _____    Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **May 26, 2006** _____        Signature    **/s/ Paul S Cvek** _____

                                                        **Paul S Cvek**
                                                        **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form 6-Summary
(10/05)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **CVEK BUILDERS, INC.**                                ,      Case No. _____

                                       Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 823,363.88 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 399,374.98 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 117,771.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,133,577.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 823,363.88 | | |
| Total Liabilities | | | | 1,650,723.73 | |

Form B6A
(10/05)

In re   **CVEK BUILDERS, INC.**                                                                ,   Case No. _____
                                                            Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **CVEK BUILDERS, INC.** ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Choice Bank - Checking Account** | - | 0.00 |
| | | **Old Second Bank Checking Account** | - | 933.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit with Landlord - One month's rent** | - | 3,602.50 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **4,535.78**
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **CVEK BUILDERS, INC.**                          ,     Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Village of Glen Ellyn-License and Permit Cash Bonds** | - | 5,857.00 |
| 16. Accounts receivable. | | **McShea Job** | - | 9,038.30 |
| | | **Fanta Job** | - | 19,248.08 |
| | | **Dosen Job** | - | 11,038.69 |
| | | **O'Reilly Job** | - | 20,698.18 |
| | | **Filbin Job** | - | 4,654.33 |
| | | **Toreja Job** | - | 3,000.00 |
| | | **Johnson Job** | - | 1,667.72 |
| | | **Lambert Job** | - | 128,862.25 |
| | | **Hagstrom Job** | - | 7,230.00 |
| | | **Benesch Job** | - | 12,854.00 |
| | | **Smith C Job** | - | 7,287.70 |
| | | **Meza Job** | - | 2,638.50 |
| | | **Galletti/Winnega Job** | - | 41,206.13 |

|  | Sub-Total > | 275,280.88 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6B
(10/05)

In re    **CVEK BUILDERS, INC.**                                        ,    Case No. _____
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Piccolo Job** | - | **151,172.16** |
| | | **Clancy Job** | - | **10,858.49** |
| | | **Balash Job** | - | **18,322.00** |
| | | **Barratt Job** | - | **55,352.46** |
| | | **Mitchell Job** | - | **54,518.96** |
| | | **McGirk Job** | - | **61,107.36** |
| | | **Blum Job** | - | **120,520.79** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim versus Architectural Integrity** | - | **50,795.00** |
| | | **Claim versus Quick HVAC for breach of contract** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          **522,647.22**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **CVEK BUILDERS, INC.**                                                           ,    Case No. _____
                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Dodge Dakota** | - | 1,500.00 |
| | | **1996 Dodge Dakota** | - | 1,500.00 |
| | | **1998 Chevy G30** | - | 2,000.00 |
| | | **1996 GMC Sierra** | - | 1,500.00 |
| | | **1998 Dodge Avenger** | - | 2,000.00 |
| | | **1998 Ford Escort** | - | 1,200.00 |
| | | **1993 GMC Sierra** | - | 1,200.00 |
| | | **1996 GMC Sierra** | - | 1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Personal computers (6 @ approx. $300); Desks, chairs and miscellaneous (est. $3000); Displays (est. $1000); and, Tools (est. $3000)** | - | 8,800.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          20,900.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6B
(10/05)

In re    **CVEK BUILDERS, INC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 823,363.88 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6D
(10/05)

In re    **CVEK BUILDERS, INC.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x1920**

**First Choice Bank**
**1900 West State Street**
**Geneva, IL 60134** | X | - | 12/22/2005

**Mortgage on shareholder's residence**

**322 Logan Avenue**
**Geneva, IL 60134** | | | | | |
| | | | Value $            **250,000.00** | | | | **26,598.13** | **0.00** |
| Account No. **0877**

**First Choice Bank**
**1900 West State Street**
**Geneva, IL 60134** | X | - | U.C.C. Filing

**Inventory, equipment, accounts receivable; also secured by shareholder's real property located at 322 Logan, Geneva, Illinois** | | | | | |
| | | | Value $            **733,126.00** | | | | **246,120.00** | **0.00** |
| Account No.

**Internal Revenue Service**
**230 S Dearborn St**
**Mail Stop 5010 CHI**
**Chicago, IL 60604** | | - | 3rd quarter 1995, 4th quarter 1995, 3rd quarter 1996, unknown quarters

**Tax Lien**

**Shareholder's real property** | | | X | | |
| | | | Value $            **850,000.00** | | | | **126,656.85** | **62,376.85** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **399,374.98** | |
| Total (Report on Summary of Schedules) | **399,374.98** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(10/05)

In re  **CVEK BUILDERS, INC.**
,                                                    Case No. _____
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **CVEK BUILDERS, INC.** _____,   Case No. _____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IL Dept of Employment Security Bankruptcy Unit, 3rd Floor 401 S State St Chicago, IL 60605** | - | | **2005-2006**<br><br>**1st Quarter 2006 - $5696.74 1st, 2nd, 3rd Quarter 2005-$13055.22** | | | X | 18,751.96 | 18,751.96 |
| Account No.<br><br>**Illinois Department of Revenue Bankruptcy Section,Level 7-425 100 W Randolph St Chicago, IL 60606** | - | | **2005-2006**<br><br>**4th Quarter 2005-$1558.32 1st Quarter 2006-$1915.25** | | | X | 3,473.57 | 3,473.57 |
| Account No.<br><br>**Internal Revenue Service 230 S Dearborn St Mail Stop 5010 CHI Chicago, IL 60604** | - | | **4th Quarter 2004-$39,944.21 1st Quarter 2005-$37171.09 1st Quarter 2006-$18430.29** | | | X | 95,545.59 | 95,545.59 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 117,771.12 | 117,771.12 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 117,771.12 | 117,771.12 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

Form B6F
(10/05)

In re   **CVEK BUILDERS, INC.** _____ ,    Case No. _____

                                       Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various Jobs**<br><br>**A&J Concrete Construction**<br>**119 Turner Court**<br>**West Chicago, IL 60185** | - | | 01/2005 thru 03/24/2006<br>Subcontractor | | | X | 60,978.00 |
| Account No.<br><br>**Accountemps**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** | | | 03/2006 thru 04/2006<br>Temp Service Office/Accounting | | | | 14,040.64 |
| Account No. **Villafuerte Job**<br><br>**Acrylic Masters**<br>**3412 N Fairway Drive**<br>**Mchenry, IL 60050** | - | | 08/2005<br>Subcontractor | | | | 158.00 |
| Account No. **xxxxxxxx0001**<br><br>**Aetna**<br>**PO box 44129**<br>**Jacksonville, FL 32231-4129** | - | | 04/14/2006<br>Insurance | | | | 3,457.00 |

   **20**  continuation sheets attached

|  | Subtotal<br>(Total of this page) | 78,633.64 |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      S/N:35421-060426   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **CVEK BUILDERS, INC.** _____,   Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Smith Connolly Job**<br><br>**All-Pro Plumbing & Remodeling**<br>**472 Concord Ave**<br>**South Elgin, IL 60177** | - | | | 10/21/2005<br>Subcontractor | | | | 1,449.64 |
| Account No. **Fanta Job**<br><br>**Alternating Currents**<br>**21W140 Hill Ave**<br>**Unit B**<br>**Glen Ellyn, IL 60137** | - | | | 11/03/2005<br>Subcontractor | | | | 2,800.00 |
| Account No. **Barratt Job**<br><br>**Americas Steam Sauna & Spa**<br>**2831 W Rascher**<br>**Chicago, IL 60625** | - | | | 09/28/2005<br>Subcontractor | | | | 450.00 |
| Account No. **Various Jobs**<br><br>**Architectural Integrity**<br>**914 S 4th Street**<br>**Saint Charles, IL 60174** | - | | | 06/2005 throu 11/2005<br>Services | | | X | 2,770.00 |
| Account No. **Various Jobs**<br><br>**Architectural Resources**<br>**427 W State Street**<br>**Geneva, IL 60134** | - | | | 07/2005 through 11/2005<br>Services | | | | 1,795.00 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,264.64

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                              ,    Case No. _____
                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ingraham Job** <br><br> **Associated Engineering** <br>**4S100 N Rte 59** <br>**Naperville, IL 60563** | - | | 11/2004 <br>Services | | | | 250.00 |
| Account No. **xxxx-xxxx-xxxx-2275** <br><br> **Capitol One** <br>**PO Box 790217** <br>**Saint Louis, MO 63179-0217** | - | | 02/2006 thru 04/2006 <br>Miscellaneous business purchases-credit card | | | | 1,009.84 |
| Account No. **Piccolo Job** <br><br> **Carls Septic Service Inc** <br>**20 W 335 S Frontage Road** <br>**Lemont, IL 60439** | - | | 06/28/2005 <br>Subcontractor | | | | 10,295.00 |
| Account No. <br><br> **Central DuPage Hospital** <br>**25 N. Winfield Road** <br>**Winfield, IL 60190** | - | | 10/5/2005 <br>Medical Services for injured employee | | | | 862.00 |
| Account No. **Lawless Job** <br><br> **Charles Vincent George Design Group** <br>**604 N Washington Street** <br>**Naperville, IL 60563** | - | | 04/2005 thru 05/2005 <br>Services | | | X | 5,000.00 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,416.84

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Various Jobs**<br><br>**Choice Builders Inc**<br>**304 Westbury Ct**<br>**Naperville, IL 60565** | - | | | | **12/2005 thru 01/2006**<br>**Subcontractor** | | | | 11,350.00 |
| Account No. **xxxxxxxxxxxx8360**<br><br>**Citibank USA**<br>**Dept 32-2005898360**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | - | | | | **thru 02/2006**<br>**Materials purchases @ Home Depot** | | | | 26,964.59 |
| Account No. **Mooshool Job**<br><br>**City Ornamental Iron Works**<br>**254 N State Street**<br>**Elgin, IL 60123** | - | | | | **08/22/2005**<br>**Subcontractor** | | | | 5,220.00 |
| Account No. **Various Jobs**<br><br>**Cleary Plastering**<br>**5235 S Nagel Ave**<br>**Chicago, IL 60638** | - | | | | **06/2005**<br>**Subcontractor** | | | | 29,650.00 |
| Account No. **Various Jobs**<br><br>**Construction Detailers Inc**<br>**36W315 Barton Drive**<br>**Saint Charles, IL 60175** | - | | | | **07/2005 thru 08/2005**<br>**Subcontractor** | | | X | 1,600.00 |

Sheet no. __3___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,784.59

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Various Jobs**  Cornerstone Cabinet & Remodel Inc 1743 East Wilson St Batavia, IL 60510 | - | | | | 10/2005 thru 11/2005 Subcontractor | | | | 1,431.00 |
| Account No. **Various Jobs**  Countertops Unlimited 347 Mill Street Batavia, IL 60510 | - | | | | 07/2005 - 04/2006 Subcontractor | | | | 11,068.00 |
| Account No. **Various Jobs**  Custom Wood Work 4905 Pine Cone Court Suite 2 Loves Park, IL 61111 | - | | | | 11/2005 Subcontractor | | | | 800.00 |
| Account No. **Piccolo Job**  Cybor Fire Protection Co 5123 Thatcher Road Downers Grove, IL 60515 | - | | | | 04/2005 thru 06/2006 Subcontractor | | | | 6,374.00 |
| Account No.  Dan and Jodi Chambers 4N323 Derby Circle Saint Charles, IL 60174 | - | | | | Judgment | | | | 7,000.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                26,673.00

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Judgment | | | | |
| Daniel and Colleen Shanahan 1125 Woodland Hills Batavia, IL 60510 | | | | | | | | | 6,900.00 |
| Account No. **Various Jobs** | | - | | | 10/2006 thru 04/2006 Subcontractor | | | | |
| Daniel Hernandez 25921 Meadowland Circle Plainfield, IL 60544 | | | | | | | | | 13,626.95 |
| Account No. **Various Jobs** | | - | | | 04/2005 thru 04/2006 Subcontractor | | | | |
| Daves Electric 1545 Paramount Parkway Batavia, IL 60510-1469 | | | | | | | | | 94,945.00 |
| Account No. **Various Jobs** | | - | | | 04/2006 Subcontractor | | | | |
| Del Rios Painting 1037 Allen Ave West Chicago, IL 60185 | | | | | | | | | 3,944.75 |
| Account No. **Various Jobs** | | - | | | 05/2005 thru 07/2005 Subcontractor | | | | |
| Denniger Builders Inc 0S340 Forest St Winfield, IL 60190 | | | | | | | | | 8,450.00 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    127,866.70

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                              ,    Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mitchell Job**<br><br>**Down Under Construction Inc**<br>**PO Box 613**<br>**Saint Charles, IL 60175** | - | | 06/30/2005<br>**Subcontractor** | | | X | 4,385.00 |
| Account No. **Piccolo Job**<br><br>**Enterprise Plumbing**<br>**816 E North Street**<br>**Elburn, IL 60119** | - | | 09/19/2005<br>**Subcontractor** | | | | 20,992.25 |
| Account No.<br><br>**Essex Insurance**<br>**PO Box 2010**<br>**Glen Allen, VA 23058-2010** | - | | 12/10/2004<br>**Workers Comp Insurance** | | | | 2,250.00 |
| Account No. **Various Jobs**<br><br>**Euro-Tech Hardwood**<br>**9459 Maple Dr**<br>**Apt 3B**<br>**Rosemont, IL 60018** | - | | 12/2005<br>**Subcontractor** | | | | 1,500.00 |
| Account No. **Various Jobs**<br><br>**FE Wheaton & Co Inc**<br>**PO Box 459**<br>**Yorkville, IL 60560-0459** | - | | 05/2005 thru 04/2006<br>**Materials** | | | | 78,092.21 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107,219.46

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Ferraro Job** <br><br> **Florentino Hardwood** <br> **9459 Maple Dr** <br> **Apt 3B** <br> **Rosemont, IL 60018** | - | | | | 03/10/2005 <br> **Materials** | | | | 1,872.75 |
| Account No. **Invoice No x3136** <br><br> **Furniture Medic** <br> **PO Box 6001** <br> **Naperville, IL 60565-6001** | - | | | | 08/10/2006 <br> **Subcontractor** | | | | 175.00 |
| Account No. **Radzinski Job** <br><br> **Geneva Construction** <br> **PO Box 998** <br> **Aurora, IL 60507** | - | | | | 11/21/2005 <br> **Subcontractor** | | | | 1,800.00 |
| Account No. **Various Jobs** <br><br> **Glass Options Inc** <br> **910 First Street** <br> **Batavia, IL 60510** | - | | | | 03/2006 <br> **Subcontractor** | | | | 1,771.14 |
| Account No. **Various Jobs** <br><br> **Granite & Marble Expressons Inc** <br> **8428 W 44th Place** <br> **Lyons, IL 60534** | - | | | | 06/2005 thru 10/2005 <br> **Subcontractor** | | | | 21,621.00 |

Sheet no. __7__ of __20__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)                 27,239.89

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Guide Book Publishing<br>PO Box 240430<br>Ballwin, MO 63024** | - | | | | 02/2005 thru 05/2005<br>Advertising | | | | 3,156.65 |
| Account No. **McShea Job**<br><br>**Hardrock Concrete Cutters Inc<br>84 Lee Street<br>Des Plaines, IL 60016-6546** | - | | | | 03/31/2006<br>Subcontractor | | | | 495.00 |
| Account No. **Various Jobs**<br><br>**Hogan Plumbing Inc<br>30W265 Youghal Road<br>Warrenville, IL 60555** | - | | | | 05/2005 thru 10/2005<br>Subcontractor | | | | 33,109.53 |
| Account No. **Invoice 1842**<br><br>**Home Builders of Greater Fox Valley<br>555 S Randall Road<br>Suite 201<br>Saint Charles, IL 60174-5918** | - | | | | 06/01/2005<br>Advertising | | | | 615.00 |
| Account No. **Various Jobs**<br><br>**Honey Bucket<br>PO Box 491<br>Elmhurst, IL 60126** | - | | | | 11/2005 thru 05/2006<br>Facilities Rental | | | | 2,737.50 |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                40,113.68

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.** ,                                Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Mitchell Job**<br><br>Huebner Roofing Inc<br>730 Chestnut Street<br>Lemont, IL 60439 | - | | | 12/03/2005<br>Subcontractor | | | | 27,035.00 |
| Account No. **Toreja Job**<br><br>Imperial Plumbing & Heating<br>PO Box 8008<br>Elburn, IL 60119 | - | | | 12/2004<br>Subcontractor | | | | 9,200.00 |
| Account No. **Various Jobs**<br><br>J&D Door Sales Inc<br>200 E Second St<br>PO Box 245<br>Big Rock, IL 60511 | | | | 04/2005 thru 08/2005<br>Materials | | | | 6,127.00 |
| Account No. **Various Jobs**<br><br>Jama Cedar Construction<br>5209 West 99th Street<br>Oak Lawn, IL 60453 | - | | | 06/2005 - 04/2006<br>Subcontractor | | | | 28,143.00 |
| Account No. **Various Jobs**<br><br>James W Sipla<br>28W684 Main Street<br>Warrenville, IL 60555 | - | | | 01/2006 thru 05/2006<br>Subcontractor | | | | 2,555.00 |

Sheet no. __9___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **73,060.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                          ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Jim and Patty Lambert**<br>**22W060 Martson**<br>**Glen Ellyn, IL 60137** | | - | | | **Lawsuit pending in DuPage County** | | | X | 50,000.00 |
| Account No. **Various Jobs**<br><br>**Jims Decorating Co Inc**<br>**1095 W Washington**<br>**West Chicago, IL 60185** | | - | | | **03/2005 thru 08/2005**<br>**Subcontractor** | | | X | 76,181.00 |
| Account No. **Various Jobs**<br><br>**JS Construction & Remodeling**<br>**5209 W 99th St**<br>**Oak Lawn, IL 60453** | | - | | | **06/2005 thru 04/2006**<br>**Subcontractor** | | | | 2,625.00 |
| Account No. **Various Jobs**<br><br>**Juan Rivera**<br>**1151 Concord Drive**<br>**Elgin, IL 60120** | | - | | | **09/2005 - 04/2006**<br>**Subcontractor** | | | | 36,353.00 |
| Account No. **Various Jobs**<br><br>**K Hoving Inc**<br>**3N551 Powis Road**<br>**West Chicago, IL 60185** | | - | | | **06/2005 thru 07/2005**<br>**Subcontractor** | | | | 3,522.03 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

168,681.03

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                             ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Various Jobs** <br><br> **K Reinke Jr & Company** <br> **202 Barrington Ave** <br> **Dundee, IL 60118** | - | | | 02/2005 thru 10/2005 <br> **Subcontractor** | | | | 15,469.00 |
| Account No. **Various Jobs** <br><br> **KCM Demolition Companies Inc** <br> **PO box 661** <br> **Lombard, IL 60148** | - | | | 07/2004 thru 12/2005 <br> **Subcontractor** | | | | 11,420.00 |
| Account No. **Piccolo Job** <br><br> **Kents Thermaseal LLC** <br> **9627 Kennedy Ave** <br> **Highland, IN 46322** | | | | 06/13/2005 <br> **Subcontractor** | | | | 16,900.00 |
| Account No. **Various Jobs** <br><br> **Kustom Heating & Cooling** <br> **400 Mill Street** <br> **South Elgin, IL 60177** | - | | | 01/2005 thru 11/2005 <br> **Subcontractor** | | | | 41,067.84 |
| Account No. <br><br> **Kwik Copy** <br> **105 S 14th Street** <br> **Saint Charles, IL 60174** | - | | | 05/2005 thru 08/2005 <br> **Letterhead and business cards** | | | | 714.20 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,571.04

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | - | | | | 01/01/2006 Accounting Services | | | | |
| Lawrence J Kimmel PC 2020 Dean Street Unit K Saint Charles, IL 60174 | | | | | | | | | 217.87 |
| Account No. **McShea Job** | - | | | | 12/02/2005 Subcontractor | | | | |
| Lewis Electric 510 Hill Ave Aurora, IL 60505 | | | | | | | | | 2,901.00 |
| Account No. **Various Jobs** | - | | | | 09/2005 thru 04/2006 Subcontractor | | | | |
| Liberty Paving Co Inc. 1420 Liberty St Aurora, IL 60505 | | | | | | | | | 7,825.00 |
| Account No. | - | | | | 09/30/2004 Advertising | | | | |
| Liturgical Publications of St Louis 160 Old State Road Ballwin, MO 63021-5915 | | | | | | | | | 955.00 |
| Account No. | - | | | | 04/10/2006 Medical services for injured employee | | | | |
| Loyola Univ Physician Foundation PO Box 98418 Chicago, IL 60693-8418 | | | | | | | | | 609.00 |

Sheet no. _**12**_ of _**20**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,507.87**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Piccolo Job**<br><br>**Maggio Rent a Fence**<br>**2225 W North Avenue**<br>**Melrose Park, IL 60160** | | - | | | 05/27/2005<br>**Fence Rental** | | | | 1,086.60 |
| Account No. **Various Jobs**<br><br>**Marios Plumbing**<br>**3317 Bailey Street**<br>**Plano, IL 60545** | | - | | | 08/2005<br>**Subcontractor** | | | | 1,455.00 |
| Account No.<br><br>**Menards**<br>**HSBC Business Solutions**<br>**PO Box 5219**<br>**Carol Stream, IL 60197-5219** | | | | | 07/2005 - 04/2006<br>**Materials purchases** | | | | 13,193.26 |
| Account No. **Blum Job**<br><br>**Midwest Chlorinating & Testing Inc**<br>**420 W Western Ave**<br>**Bartlett, IL 60103** | | - | | | 11/02/2005<br>**Subcontractor** | | | | 1,740.00 |
| Account No. **Various Jobs**<br><br>**Murrco Incorporated**<br>**Box 227**<br>**Winfield, IL 60190** | | - | | | 01/2005 thru 03/2006<br>**Subcontractor** | | | | 16,097.37 |

Sheet no. __**13**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,572.23

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx8849**<br><br>**Northwest News Group<br>c/o Biehl & Biehl Inc<br>411 E Irving Park Road<br>Bensenville, IL** | | - | | 03/10/2006<br>Advertising | | | | 130.65 |
| Account No. **Dosen Job**<br><br>**NWA Mechanical<br>917 First Street<br>Batavia, IL 60510** | | - | | 06/20/2005<br>Subcontractor | | | X | 2,458.80 |
| Account No. **Various Jobs**<br><br>**Olde Time Plumbing Inc<br>1807 S Washington Street<br>Suite 110/378<br>Naperville, IL 60565-2050** | | - | | 03/2006 thru 04/2006<br>Subcontractor | | | | 600.00 |
| Account No.<br><br>**Onyx Waste Services Inc<br>8246 Innovation Way<br>Chicago, IL 60682-0082** | | - | | 09/2005 - 03/2006<br>Refuse/Waste removal | | | | 3,003.02 |
| Account No. **Various Jobs**<br><br>**Pierce Laminated Products Inc<br>2430 North Court Street<br>Rockford, IL 61103** | | - | | 01/2006 thru 02/2006<br>Materials | | | | 13,657.35 |

Sheet no. __**14**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          19,849.82

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **CVEK BUILDERS, INC.** _____,    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various Jobs** | | | 08/2005 thru 03/2006 Landscaping Services | | | | |
| **Prado Verdes Landscaping** 3N270 Timberline Drive West Chicago, IL 60185 | - | | | | | | 36,366.00 |
| Account No. **Piccolo Job** | | | 07/15/2005 Subcontractor | | | | |
| **Prairie State Water Systems, Inc.** 620 Meadow Lane Lombard, IL 60148 | - | | | | | | 5,219.43 |
| Account No. | | | Insurance | | | | |
| **Premium Assignment Corporation** PO Box 3066 Tallahassee, FL 32315 | - | | | | | | 14,520.93 |
| Account No. **x9517** | | | 08/09/2005 Unknown | | | | |
| **Prime Telecommunications Inc** 5520 W Touhy Suite N Skokie, IL 60077 | - | | | | | X | 187.50 |
| Account No. **Blum Job** | | | 01/10/2006 Materials | | | | |
| **Quality Granite & Marble** 21W301 Lake Street Addison, IL 60101 | - | | | | | | 12,210.00 |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **68,503.86**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.**                                      ,      Case No. _____

                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Swanson Job**<br><br>**Quick HVAC Service Inc**<br>**1606 Woodbine Drive**<br>**Round Lake, IL 60073** | - | | | | **11/2005 thru 12/2005**<br>**Subcontractor** | | | X | 7,600.00 |
| Account No. **Vaious Jobs**<br><br>**RDM Trucking and Construction Inc**<br>**29W065 Bolles Ave**<br>**West Chicago, IL 60185** | - | | | | **11/2005 thru 02/2006**<br>**Subcontractor** | | | | 10,500.00 |
| Account No.<br><br>**Richard C Imming**<br>**48 Hillcrest Drive**<br>**Aurora, IL 60506** | | | | | **04/2006, 05/2006**<br>**May 2006 rent** | | | | 4,648.37 |
| Account No. **Various Jobs**<br><br>**Robinsons Construction Inc**<br>**2274 Cornell Ave**<br>**Montgomery, IL 60538** | - | | | | **04/2005 thru 06/2005**<br>**Subcontractor** | | | | 8,770.00 |
| Account No. **Various Jobs**<br><br>**Russ All Plumbing & Sewer**<br>**318 Interstate Road**<br>**Addison, IL 60101** | - | | | | **06/2005 thru 08/2005**<br>**Subcontractor** | | | | 23,150.00 |

Sheet no. __**16**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal        | 54,668.37
                                   (Total of this page)

Form B6F - Cont.
(10/05)

In re    **CVEK BUILDERS, INC.** ,                    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | 10/2005 thru 03/2005<br>Office Supplies | | | | |
| **Safeguard Business Systems<br>PO Box 88043<br>Chicago, IL 60680-1043** | | | | | | | | | 235.03 |
| Account No. | | - | | | 03/2006 thru 05/2006<br>Past due payments on copier lease | | | | |
| **Savin Corporation<br>21146 Network Place<br>Chicago, IL 60673-1211** | | | | | | | | | 1,099.70 |
| Account No. | | - | | | 04/10/2006<br>Advertising | | | | |
| **Service Magic Inc<br>14023 Denver West Parkway<br>Suite 200<br>Golden, CO 80401** | | | | | | | | | 1,342.90 |
| Account No. **Ciarrachi Job** | | - | | | 03/14/2006<br>Surveying services | | | | |
| **Shapiro Surveying PC<br>9800 S Roberts Road<br>Suite 200<br>Palos Hills, IL 60465** | | | | | | | | | 760.00 |
| Account No. **Lambert Job** | | - | | | 07/05/2005<br>Subcontractor | | | | |
| **Sleeth Electric Inc<br>48W605 Hinckley Road<br>Big Rock, IL 60511** | | | | | | | | | 14,000.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,437.63

Form B6F - Cont.
(10/05)

In re   **CVEK BUILDERS, INC.**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **McShea Job** <br><br> Southwest Insulation Inc <br> 13949-51 S Kildare <br> Crestwood, IL 60445 | - | | | | 01/09/2005 <br> Subcontractor | | | | 1,420.00 |
| Account No. **Various Jobs** <br><br> Sparks Engineering Service Inc <br> 306 Anderson Boulevard <br> Geneva, IL 60134 | - | | | | 09/2005 thru 04/2006 <br> Services | | | | 274.80 |
| Account No. **xxxxx1510** <br><br> Sprint <br> PO Box 4191 <br> Carol Stream, IL 60197-4191 | | | | | thru 04/2006 <br> Utility Bill | | | | 794.91 |
| Account No. **Various Jobs** <br><br> SS Schwarz Construction <br> 1185 Carolina Drive <br> West Chicago, IL 60185 | - | | | | 06/2005 thru 09/2005 <br> Subcontractor | | | X | 33,920.00 |
| Account No. **Various Jobs** <br><br> Stairs Inc <br> PO Box 5083 <br> Aurora, IL 60507 | - | | | | 06/2005 thru 04/2006 <br> Subcontractor | | | | 15,214.00 |

Sheet no. __18__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     51,623.71

Form B6F - Cont.
(10/05)

In re   **CVEK BUILDERS, INC.** _____ ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Smith Job** <br><br> **State Automatic Heating & Cooling** <br> **1335 Paramount Parkway** <br> **Batavia, IL 60510** | - | | | | 02/07/2006 <br> Subcontractor | | | | 7,468.00 |
| Account No. **Blum Job** <br><br> **Stead Sheet Metal** <br> **4452 N Austin Avenue** <br> **Chicago, IL 60630** | - | | | | 11/03/2005 <br> Subcontractor | | | X | 2,500.00 |
| Account No. **Piccolo Job** <br><br> **Steinbrecher Surveyor, Inc.** <br> **141 S. Neltor Blvd** <br> **West Chicago, IL 60185** | - | | | | 11/1/2005 <br> Services | | | | 425.00 |
| Account No. **3429** <br><br> **The Home Improvement Network** <br> **201 E Park Street** <br> **Mundelein, IL 60060** | - | | | | 04/2006 - 05/2006 <br> Advertising | | | | 6,645.00 |
| Account No. <br><br> **Viking Office Supply** <br> **124 W State Street** <br> **Geneva, IL 60134** | - | | | | 11/2005 thru 03/2006 <br> Office supplies | | | | 578.26 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,616.26

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **CVEK BUILDERS, INC.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2184** <br><br> **Village Profile** <br> **c/o Cainer & Weiner** <br> **1100 E Woodfield Road** <br> **Schaumburg, IL 60173** | - | | 03/30/2006 <br> Advertising | | | X | 1,500.00 |
| Account No. **Various Jobs** <br><br> **Windy City Exteriors Inc** <br> **1000 Rand Road** <br> **#117** <br> **Wauconda, IL 60084** | - | | 05/2005 thru 06/2005 <br> Subcontractor | | | X | 18,555.00 |
| Account No. **Various Jobs** <br><br> **Wm Horn Structural Steel Co** <br> **1101 Commerce Drive** <br> **PO Box 106** <br> **Geneva, IL 60134** | - | | 06/2005 thru 11/2005 <br> Materials | | | | 1,218.37 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 21,273.37 |
| Total <br> (Report on Summary of Schedules) | 1,133,577.63 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6G
(10/05)

In re   **CVEK BUILDERS, INC.** _____,   Case No. _____
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Paul Cvek**<br>**322 Logan**<br>**Geneva, IL 60134** | **Lease for 2004 Dodge Ram truck used for corporate purposes.  Corporation leases 2004 Dodge Ram from Paul Cvek.  Corporation pays $684.51 per month directly to Chrysler Financial plus insurance.** |
| **Richard C Imming**<br>**48 Hillcrest Drive**<br>**Aurora, IL 60506** | **Commercial real property lease.  Debtor is Lessee.  Lease expires 02/28/2007.  Monthly rent is $4367.85 plus utilities** |
| **Savin Corporation**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | **Lease for Ricoh Copier.  Debtor is lessee.  Lease payments are $265.63 per month.  Lease expires on 12/19/2007.** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re    **CVEK BUILDERS, INC.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Paul S Cvek**<br>**322 Logan Avenue**<br>**Geneva, IL 60134**<br>   **Guarantor of corporate debt** | **First Choice Bank**<br>**1900 West State Street**<br>**Geneva, IL 60134** |
| **Paul S Cvek**<br>**322 Logan Avenue**<br>**Geneva, IL 60134** | **First Choice Bank**<br>**1900 West State Street**<br>**Geneva, IL 60134** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **CVEK BUILDERS, INC.**

Debtor(s)

Case No.

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **_33_** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 26, 2006**

Signature   **/s/ Paul S Cvek**

**Paul S Cvek**

**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **CVEK BUILDERS, INC.**                              Case No. _____

                                             Debtor(s)         Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $770,114.19 | **January 1 thru May 25, 2006 - Gross corporate income**<br>**$384,455.92 thru operating account**<br>**$385,658.27 from title company/customer direct to sub/supplier** |
| $4,387,660.10 | **January 1 thru December 31, 2005 gross income**<br>**$2,588,772.60 thru operating account**<br>**$1,798,887.50 paid by title company/customer directly to sub/supplier** |
| $4,275,971.90 | **January 1 thru December 31, 2004**<br>**$3,163,013.90 thru operating account**<br>**$1,112,958.00 paid by title company/customer direct to sub/supplier** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **James W Sipla** **28W684 Main Street** **Warrenville, IL 60555** | **From February 20, 2005 to present** | **$10,657.80** | **$2,555.00** |
| **FE Wheaton & Co Inc** **PO Box 459** **Yorkville, IL 60560-0459** | **From February 20, 2006 to present** | **$5,819.65** | **$78,092.21** |
| **Top Shelf Designs** | **From February 20 to present** | **$16,682.24** | **$0.00** |
| **Accountemps** **12400 Collections Center Drive** **Chicago, IL 60693** | **From February 20, 2006 to present** | **$5,537.58** | **$14,040.64** |
| **Richard C Imming** **48 Hillcrest Drive** **Aurora, IL 60506** | **From February 20, 2006 to present** | **$5,355.12** | **$4,648.37** |
| **\*\*\*** | **Payments made by Title Co./Customer directly to Sub/Supplier are not listed.** | **$0.00** | **$0.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Down Under Construction Inc v Cvek Builders Inc; Case No 06 SC K 1081** | **Collection of debt** | **16th Judicial Circuit, Kane County, Illinois** | **Default Judgment on April 27, 2006 in the amount of $4385.00 plus $185.00 costs** |
| **Windy City Exteriors Inc v Cvek Builders Inc; Case No. 2006 I 4066** | **Collection of debt** | **Circuit Court of Cook County, Illinois, Law Division** | **Pending case seeks $46,486.00 plus costs** |
| **Arturo & Juan Construction Inc v Cvek Builders Inc; Case No 2006 L 131** | **Collection of debt** | **Eighteenth Judicial Circuit, DuPage County, Illinois** | **Pending** |
| **Dan and Jodi Chambers v Cvek Builders Inc and Anthony Cvek; Case No 05 AR K 1391** | **Contract dispute** | **Circuit Court of the 16th Judicial Circuit, Kane County, Illinois** | **Judgment against Cvek Builders Inc for $7000.00** |
| **Cvek Builders Inc v Timothy and Lisa OReilly et al; Case No 05 CH 1132** | **Mechanics Lien Foreclosure** | **Circuit Court for the Eighteenth Judicial Circuit, DuPage County** | **Pending** |
| **Daniel and Colleen Shanahan v Cvek Builders Inc; Case No 05 AR 844** | **Breach of Contract and Counterclaim for Breach of Contract** | **Circuit Court for the 16th Judicial Circuit, Kane County, Illinois** | **Judgment against Cvek Builders Inc in the amount of $6,900.00** |
| **Stead Sheet Metal Inc. v. Cvek Builders, Inc.; Case No. 06 M1-135010** | **Collection suit seeking $2,500.00** | **Cook County, Illinois - First Municipal District** | **Pending** |
| **Alan F Jasick d/b/a Construction Detailers, Inc. v. Paul Cvek Cvek Builders Inc.; Case No. 06 SC K 1942** | **Collection** | **Kane County, Illinois** | **Suit seeking $1600 + costs is pending** |
| **Jims Decorating Co. v. Cvek Builders Inc.; Case No. 2006 CH 000601** | **Lien foreclosure, breach of contract** | **DuPage County, Illinois** | **Pending** |
| **Jim Lambert and Patty Lambert v Cvek Builders Inc.; Case No. 2006 L 146** | **Breach of contract and fraud** | **DuPage County, Illinois** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

### 5. Repossessions, foreclosures and returns

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas & Einarson, Ltd. 1213 Joliet St., Suite F West Chicago, IL 60185** | **05/03/2006.** | **$5,000 paid to Thomas & Einarson, Ltd. for attorney's fees related to the preparation and filing of the bankruptcy case plus $1039.00 for the filing fee on 05/26/2006; $5,000 in Thomas & Einarson, Ltd. client trust account** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR            DATE OF SETOFF                     AMOUNT OF SETOFF

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER        DESCRIPTION AND VALUE OF PROPERTY        LOCATION OF PROPERTY

**15. Prior address of debtor**

None ☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                           DATES OF OCCUPANCY
**34 N. Island Avenue**              **Cvek Builders, Inc.**             **February 2002 thru February**
**Suite F**                                                              **2004**
**Batavia, IL  60510**

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS     NAME AND ADDRESS OF GOVERNMENTAL UNIT     DATE OF NOTICE     ENVIRONMENTAL LAW

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS     NAME AND ADDRESS OF GOVERNMENTAL UNIT     DATE OF NOTICE     ENVIRONMENTAL LAW

None ■     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Pat Jiminez**<br>**Employed at Cvek Builders, Inc. through Accountemp** | **Began working at Cvek Builders, Inc. in February, 2006** |
| **Nancy Layden**<br>**1112 Mill Court**<br>**Carol Stream, IL 60188** | **Employed by Debtor as bookkeeper from March 2005 to February 2006.** |
| **Lawrence J Kimmel PC**<br>**2020 Dean Street**<br>**Unit K**<br>**Saint Charles, IL 60174** | **Accounting Services for Cvek Builders, Inc. from February 2004 to February 2006** |
| **Viki Congleton**<br>**38W755 Cloverfield Circle**<br>**Saint Charles, IL 60175** | **Employed by Debtor as Bookkeeper from December 2003 to February 2005** |

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Steve Weit**<br>**Elburn, IL** | **Briefly provided some accounting**<br>**services from January 2006 to April**<br>**2006** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Cvek Builders, Inc.**<br>**Books and records maintained at Cvek Builders, Inc.  Accountant**<br>**Lawrence J Kimmel PC may have copies of tax returns and**<br>**supporting documentation as well.** | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **No formal financial statements prepared** | **Quarterly or monthly reports and other financial**<br>**documents kept in the ordinary course of**<br>**business were provided to First Choice Bank in**<br>**connection with loans.** |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Paul Cvek**<br>**322 Logan Avenue**<br>**Geneva, IL 60134** | **President(Sole Officer)/Sole**<br>**Director** | **100% shareholder** |

### 22 . Former partners, officers, directors and shareholders

None ■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Cvek**<br>**322 Logan Avenue**<br>**Geneva, IL 60134**<br>    100% Shareholder/Sole Officer/Sole Director | **Expense Reimbursement and Wages from June 1, 2005 thru May 25, 2006** | **$31,674.41** |
| **Amanda Cvek**<br><br>    **Employed by Debtor as Designer.  Amanda Cvek is Sole Shareholder/Officer/Director's daughter** | **Wages and expense reimbursement for the period June 1, 2005 through May 25, 2006.** | **$25,427.20** |
| **John Cvek**<br><br>    **Employed by Debtor as a Laborer.  John Cvek is the brother of the Sole Shareholder/Officer/Director** | **Wages and Expense Reimbursement from June 1, 2005 through May 25, 2006** | **$33,626.75** |
| **George Cvek, Sr.**<br><br>    **Employed by Debtor to clean the office. George Cvek, Sr. is the father of Sole Shareholder/Officer/Director** | **Wages from June 1, 2005 to May 25, 2006** | **$4646.27** |
| **Paul Cvek**<br>**322 Logan**<br>**Geneva, IL 60134**<br>    100% Shareholder/Sole Officer and Director | **June 1, 2005 thru May 25, 2006 - lease payments.  Monthly payments of $684.51 made directly to Chrysler Financial for 2004 Dodge Ram truck used for corporate business** | **$8214.12** |
| **Paul Cvek**<br>**322 Logan Avenue**<br>**Geneva, IL 60134**<br>    100% Shareholder/Sole Officer and Director | **June 1, 2005 thru May 25, 2006 -loans to shareholder** | **$50,421.93** |

### 24. Tax Consolidation Group.

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

10

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **May 26, 2006**                          Signature    **/s/ Paul S Cvek**
                                                             **Paul S Cvek**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re    **CVEK BUILDERS, INC.**

Debtor(s)

Case No.

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept............................................................... | $ | **$200/Hour for in-office time and $250/Hour for out-of-office time** |
| Prior to the filing of this statement I have received.................................................. | $ | **Debtor has paid $5,000.00 to attorneys for fees related to preparation and filing of the bankruptcy case. $5,000.00 has been deposited and attorneys' client trust account.** |
| Balance Due................................................................................................................ | $ | **N/A** |

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

**/s/ George A. Thomas**
**George A. Thomas**
**Thomas & Einarson, Ltd.**
**1213 Joliet St., Suite F**
**West Chicago, IL 60185**
**(630) 562-2280   Fax: (630) 562-2282**
**thomasandeinarson@sbcglobal.net**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **CVEK BUILDERS, INC.**                                    ,    Case No. _____

                                                    Debtor

                                                            Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paul S Cvek**<br>**322 Logan Avenue**<br>**Geneva, IL 60134** | **Common** | **100 Shares** | **100% shareholder** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 26, 2006**_____            Signature_**/s/ Paul S Cvek**_____
                                                            **Paul S Cvek**
                                                            **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>0</u>   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    **CVEK BUILDERS, INC.**                                    Case No.
                                    Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **122**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **May 26, 2006**                    **/s/ Paul S Cvek**

                                **Paul S Cvek/President**
                                Signer/Title

A&J Concrete Construction
119 Turner Court
West Chicago, IL 60185


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Acrylic Masters
3412 N Fairway Drive
Mchenry, IL 60050


Aetna
PO box 44129
Jacksonville, FL 32231-4129


All-Pro Plumbing & Remodeling
472 Concord Ave
South Elgin, IL 60177


Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231


Alternating Currents
21W140 Hill Ave
Unit B
Glen Ellyn, IL 60137


Americas Steam Sauna & Spa
2831 W Rascher
Chicago, IL 60625


Anne I Shaw
608 West Briar Place
Chicago, IL 60657


Architectural Integrity
914 S 4th Street
Saint Charles, IL 60174


Architectural Resources
427 W State Street
Geneva, IL 60134

Associated Engineering
4S100 N Rte 59
Naperville, IL 60563


Brady & Jensen LLP
2425 Royal Boulevard
Elgin, IL 60123


Caine & Weiner
1100 East Woodfield Road
Schaumburg, IL 60173


Capitol One
PO Box 790217
Saint Louis, MO 63179-0217


Carls Septic Service Inc
20 W 335 S Frontage Road
Lemont, IL 60439


Central DuPage Hospital
25 N. Winfield Road
Winfield, IL 60190


Charles Vincent George Design Group
604 N Washington Street
Naperville, IL 60563


Choice Builders Inc
304 Westbury Ct
Naperville, IL 60565


Citibank USA
Dept 32-2005898360
PO Box 6029
The Lakes, NV 88901


City Ornamental Iron Works
254 N State Street
Elgin, IL 60123


Cleary Plastering
5235 S Nagel Ave
Chicago, IL 60638

Construction Detailers Inc
36W315 Barton Drive
Saint Charles, IL 60175


Cornerstone Cabinet & Remodel Inc
1743 East Wilson St
Batavia, IL 60510


Countertops Unlimited
347 Mill Street
Batavia, IL 60510


Custom Wood Work
4905 Pine Cone Court
Suite 2
Loves Park, IL 61111


Cybor Fire Protection Co
5123 Thatcher Road
Downers Grove, IL 60515


Dan and Jodi Chambers
4N323 Derby Circle
Saint Charles, IL 60174


Daniel and Colleen Shanahan
1125 Woodland Hills
Batavia, IL 60510


Daniel Hernandez
25921 Meadowland Circle
Plainfield, IL 60544


Daves Electric
1545 Paramount Parkway
Batavia, IL 60510-1469


Del Rios Painting
1037 Allen Ave
West Chicago, IL 60185


Denniger Builders Inc
0S340 Forest St
Winfield, IL 60190

Down Under Construction Inc
PO Box 613
Saint Charles, IL 60175


Edgerton & Edgerton
125 Wood St.
PO Box 218
West Chicago, IL 60185


Enterprise Plumbing
816 E North Street
Elburn, IL 60119


Essex Insurance
PO Box 2010
Glen Allen, VA 23058-2010


Euro-Tech Hardwood
9459 Maple Dr
Apt 3B
Rosemont, IL 60018


FE Wheaton & Co Inc
PO Box 459
Yorkville, IL 60560-0459


First Choice Bank
1900 West State Street
Geneva, IL 60134


Florentino Hardwood
9459 Maple Dr
Apt 3B
Rosemont, IL 60018


Furniture Medic
PO Box 6001
Naperville, IL 60565-6001


Geneva Construction
PO Box 998
Aurora, IL 60507

Geral R Slutsky
Attorney at Law
2531 Queens Way
Northbrook, IL 60062


Glass Options Inc
910 First Street
Batavia, IL 60510


Granite & Marble Expressons Inc
8428 W 44th Place
Lyons, IL 60534


Guide Book Publishing
PO Box 240430
Ballwin, MO 63024


Hardrock Concrete Cutters Inc
84 Lee Street
Des Plaines, IL 60016-6546


Hogan Plumbing Inc
30W265 Youghal Road
Warrenville, IL 60555


Home Builders of Greater Fox Valley
555 S Randall Road
Suite 201
Saint Charles, IL 60174-5918


Honey Bucket
PO Box 491
Elmhurst, IL 60126


Huebner Roofing Inc
730 Chestnut Street
Lemont, IL 60439


IL Dept of Employment Security
Bankruptcy Unit, 3rd Floor
401 S State St
Chicago, IL 60605

Illinois Department of Revenue
Bankruptcy Section,Level 7-425
100 W Randolph St
Chicago, IL 60606


Imperial Plumbing & Heating
PO Box 8008
Elburn, IL 60119


Internal Revenue Service
230 S Dearborn St
Mail Stop 5010 CHI
Chicago, IL 60604


J&D Door Sales Inc
200 E Second St
PO Box 245
Big Rock, IL 60511


Jama Cedar Construction
5209 West 99th Street
Oak Lawn, IL 60453


James W Sipla
28W684 Main Street
Warrenville, IL 60555


Jim and Patty Lambert
22W060 Martson
Glen Ellyn, IL 60137


Jims Decorating Co Inc
1095 W Washington
West Chicago, IL 60185


JS Construction & Remodeling
5209 W 99th St
Oak Lawn, IL 60453


Juan Rivera
1151 Concord Drive
Elgin, IL 60120

K Hoving Inc
3N551 Powis Road
West Chicago, IL 60185


K Reinke Jr & Company
202 Barrington Ave
Dundee, IL 60118


KCM Demolition Companies Inc
PO box 661
Lombard, IL 60148


Kents Thermaseal LLC
9627 Kennedy Ave
Highland, IN 46322


Kustom Heating & Cooling
400 Mill Street
South Elgin, IL 60177


Kwik Copy
105 S 14th Street
Saint Charles, IL 60174


Law Offices Barry Serota & Assoc
PO Box 1008
Arlington Heights, IL 60006


Lawrence J Kimmel PC
2020 Dean Street
Unit K
Saint Charles, IL 60174


Lewis Electric
510 Hill Ave
Aurora, IL 60505


Liberty Paving Co Inc.
1420 Liberty St
Aurora, IL 60505


Liturgical Publications of St Louis
160 Old State Road
Ballwin, MO 63021-5915

Loyola Univ Physician Foundation
PO Box 98418
Chicago, IL 60693-8418


LTD Financial Services LP
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Maggio Rent a Fence
2225 W North Avenue
Melrose Park, IL 60160


Marios Plumbing
3317 Bailey Street
Plano, IL 60545


Menards
HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219


Midwest Chlorinating & Testing Inc
420 W Western Ave
Bartlett, IL 60103


Murrco Incorporated
Box 227
Winfield, IL 60190


Northwest News Group
c/o Biehl & Biehl Inc
411 E Irving Park Road
Bensenville, IL


NWA Mechanical
917 First Street
Batavia, IL 60510


Olde Time Plumbing Inc
1807 S Washington Street
Suite 110/378
Naperville, IL 60565-2050

Onyx Waste Services Inc
8246 Innovation Way
Chicago, IL 60682-0082


Paul Cvek
322 Logan
Geneva, IL 60134


Paul S Cvek
322 Logan Avenue
Geneva, IL 60134


Piccione Keeley & Assoc Ltd
22 S County Farm Road
Wheaton, IL 60187


Pierce Laminated Products Inc
2430 North Court Street
Rockford, IL 61103


Prado Verdes Landscaping
3N270 Timberline Drive
West Chicago, IL 60185


Prairie State Water Systems, Inc.
620 Meadow Lane
Lombard, IL 60148


Premium Assignment Corporation
PO Box 3066
Tallahassee, FL 32315


Prime Telecommunications Inc
5520 W Touhy
Suite N
Skokie, IL 60077


Quality Granite & Marble
21W301 Lake Street
Addison, IL 60101


Quick HVAC Service Inc
1606 Woodbine Drive
Round Lake, IL 60073

R.M.S.
PO Box 280431
East Hartford, CT 06128-0431


RDM Trucking and Construction Inc
29W065 Bolles Ave
West Chicago, IL 60185


Richard C Imming
48 Hillcrest Drive
Aurora, IL 60506


RMS
PO Box 523
Richfield, OH 44286


Robinsons Construction Inc
2274 Cornell Ave
Montgomery, IL 60538


Russ All Plumbing & Sewer
318 Interstate Road
Addison, IL 60101


Safanda Law Firm
111 East Side Drive
Geneva, IL 60134


Safeguard Business Systems
PO Box 88043
Chicago, IL 60680-1043


Savin Corporation
21146 Network Place
Chicago, IL 60673-1211


Service Magic Inc
14023 Denver West Parkway
Suite 200
Golden, CO 80401


Shapiro Surveying PC
9800 S Roberts Road
Suite 200
Palos Hills, IL 60465

Shearer & Agrella
4N701 School Road
Saint Charles, IL 60175


Sleeth Electric Inc
48W605 Hinckley Road
Big Rock, IL 60511


Southwest Insulation Inc
13949-51 S Kildare
Crestwood, IL 60445


Sparks Engineering Service Inc
306 Anderson Boulevard
Geneva, IL 60134


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


SS Schwarz Construction
1185 Carolina Drive
West Chicago, IL 60185


Stairs Inc
PO Box 5083
Aurora, IL 60507


State Automatic Heating & Cooling
1335 Paramount Parkway
Batavia, IL 60510


Stead Sheet Metal
4452 N Austin Avenue
Chicago, IL 60630


Steinbrecher Surveyor, Inc.
141 S. Neltor Blvd
West Chicago, IL 60185


The Home Improvement Network
201 E Park Street
Mundelein, IL 60060

```
Transword Systems Inc
25 Northwest Point Blvd
#750
Elk Grove Village, IL 60007


Viking Office Supply
124 W State Street
Geneva, IL 60134


Village Profile
c/o Cainer & Weiner
1100 E Woodfield Road
Schaumburg, IL 60173


Windy City Exteriors Inc
1000 Rand Road
#117
Wauconda, IL 60084


Wm Horn Structural Steel Co
1101 Commerce Drive
PO Box 106
Geneva, IL 60134
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **CVEK BUILDERS, INC.**                           Case No.   _____

                                   Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CVEK BUILDERS, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 26, 2006** | **/s/ George A. Thomas** |
| Date | **George A. Thomas** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CVEK BUILDERS, INC.** |
| | **Thomas & Einarson, Ltd.** |
| | **1213 Joliet St., Suite F** |
| | **West Chicago, IL 60185** |
| | **(630) 562-2280 Fax:(630) 562-2282** |
| | **thomasandeinarson@sbcglobal.net** |

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy