### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CVEK BUILDERS, INC. | § | Case No. 06-06151 JPC |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF THE U.S. BANKRUPTCY COURT
                219 S. DEARBORN STREET
                CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/17/2011 in Courtroom 619,
                Dirksen Federal Building
                219 South Dearborn
                Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By:  _/s/ Thomas E. Springer /s/_____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
                                     §
CVEK BUILDERS, INC.                  §     Case No. 06-06151 JPC
                                     §
                                     §
         Debtor(s)                   §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of                                    $

and approved disbursements of                                         $

leaving a balance on hand of[1]                                       $


Claims of secured creditors will be paid as follows:

NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003C | Department of the Treasury-Internal Revenue | $ | $ | $ |
| 000009 | Village Profile | $ | $ | $ |
| 000033B | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors                                    $_____

Remaining Balance                                                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Down Under Construction Inc | $ | $ | $ |
| 000002 | Olde Time Plumbing Inc | $ | $ | $ |
| 000004 | Kwik Copy | $ | $ | $ |
| 000005 | Cornerstone Cabinet & Remodel Inc | $ | $ | $ |
| 000006 | Construction Detailers Inc | $ | $ | $ |
| 000007 | Arturo & Juan Construction Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Cit Technology Financing | $ | $ | $ |
| 000010 | Essex Insurance | $ | $ | $ |
| 000011 | K Hoving Inc | $ | $ | $ |
| 000012 | Robinsons Construction Inc | $ | $ | $ |
| 000014 | Windy City Exteriors Inc | $ | $ | $ |
| 000015 | The Home Improvement Network | $ | $ | $ |
| 000016 | Aetna | $ | $ | $ |
| 000017A | Charles Vincent George Design Group | $ | $ | $ |
| 000017B | Charles Vincent George Design Group | $ | $ | $ |
| 000018 | Imperial Plumbing & Heating | $ | $ | $ |
| 000019 | Citibank USA NA | $ | $ | $ |
| 000020 | Kustom Heating & Cooling | $ | $ | $ |
| 000021 | Granite & Marble Expressons Inc | $ | $ | $ |
| 000022 | Daniel and Colleen Shanahan | $ | $ | $ |
| 000023 | Acrylic Masters | $ | $ | $ |
| 000024 | Russ All Plumbing & Sewer | $ | $ | $ |
| 000025 | Russ All Plumbing & Sewer | $ | $ | $ |
| 000026 | Russ All Plumbing & Sewer | $ | $ | $ |
| 000027 | St. Paul Travelers (Invol) | $ | $ | $ |
| 000028 | State Automatic Heating & Cooling | $ | $ | $ |
| 000030 | Windy City Exteriors Inc | $ | $ | $ |
| 000032 | Quality Granite & Marble | $ | $ | $ |
| 000033A | Illinois Department of Revenue | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Accountemps | $ | $ | $ |
| 000035 | Enterprise Plumbing | $ | $ | $ |
| 000036 | Dan and Jodi Chambers | $ | $ | $ |
| 000037 | Carls Septic Service Inc | $ | $ | $ |
| 000038A | Hogan Plumbing Inc | $ | $ | $ |
| 000040 | Richard and Wanda Piccolo | $ | $ | $ |
| 000041 | F. E. Wheaton & Company, LLC | $ | $ | $ |
| 000042A | Arturo & Juan Construction Inc | $ | $ | $ |
| 000043 | Liberty Paving Co Inc. | $ | $ | $ |
| 000044 | Daves Electric Inc | $ | $ | $ |
| 000045 | Waste Management | $ | $ | $ |
| 000047 | Huebner Roofing, Inc | $ | $ | $ |
| 000048 | D&H Energy Management LLC | $ | $ | $ |
| 000049 | Daves Electric Inc | $ | $ | $ |
| 000051 | Imperial Plumbing & Heating | $ | $ | $ |
| 000052 | Kustom Heating & Cooling | $ | $ | $ |
| 000053 | State Automatic Heating & Cooling | $ | $ | $ |
| 000054 | Windy City Exteriors, Inc | $ | $ | $ |
| 000055A | Charles Vincent George Design Group | $ | $ | $ |
| 000056 | Liberty Paving Co Inc. | $ | $ | $ |
| 000058 | Prado Verdes Landscaping Inc | $ | $ | $ |
| 000059 | Russ All Plumbing & Sewer | $ | $ | $ |
| 000060 | Christopher and Nancy Blum | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000061 | Christopher and Nancy Blum | $ | $ | $ |
| 000062 | Thomas and Kelly Balash | $ | $ | $ |
| 000063 | Michael and Patti Galletti-Winnega | $ | $ | $ |
| 000064 | Stephen & Genevieve Barratt | $ | $ | $ |
| 000065 | Pierce Laminated Products Inc | $ | $ | $ |
| 000066 | J&D Door Sales Inc | $ | $ | $ |
| 000067 | Cybor Fire Protection Co | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Department of the Treasury-Internal Revenue | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance        $_____

Prepared By: /s/ Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.