**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
CVEK BUILDERS, INC.                   §         Case No. 06-06151 JPC
                                      §
        Debtor(s)                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE U.S. BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/17/2011 in Courtroom 619,
        Dirksen Federal Building
        219 South Dearborn
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By:  /s/ Thomas E. Springer /s/


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CVEK BUILDERS, INC. § Case No. 06-06151 JPC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 63,459.53 |
| and approved disbursements of | $ | 56,062.02 |
| leaving a balance on hand of[1] | $ | 7,397.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 6,422.98 | $ 0.00 | $ 3,397.51 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,397.51 |
| Remaining Balance | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 176,825.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003C | Department of the Treasury-Internal Revenue | $ 171,472.12 | $ 0.00 | $ 0.00 |
| 000009 | Village Profile | $ 1,500.00 | $ 0.00 | $ 0.00 |
| 000033B | Illinois Department of Revenue | $ 3,853.72 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors            $            0.00

Remaining Balance                                  $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,368,041.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Down Under Construction Inc | $ 4,570.00 | $ 0.00 | $ 0.00 |
| 000002 | Olde Time Plumbing Inc | $ 600.00 | $ 0.00 | $ 0.00 |
| 000004 | Kwik Copy | $ 714.20 | $ 0.00 | $ 0.00 |
| 000005 | Cornerstone Cabinet & Remodel Inc | $ 1,431.00 | $ 0.00 | $ 0.00 |
| 000006 | Construction Detailers Inc | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 000007 | Arturo & Juan Construction Inc | $ 80,888.06 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Cit Technology Financing | $ 8,385.03 | $ 0.00 | $ 0.00 |
| 000010 | Essex Insurance | $ 9,257.00 | $ 0.00 | $ 0.00 |
| 000011 | K Hoving Inc | $ 1,971.30 | $ 0.00 | $ 0.00 |
| 000012 | Robinsons Construction Inc | $ 10,930.00 | $ 0.00 | $ 0.00 |
| 000014 | Windy City Exteriors Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | The Home Improvement Network | $ 7,745.00 | $ 0.00 | $ 0.00 |
| 000016 | Aetna | $ 3,457.00 | $ 0.00 | $ 0.00 |
| 000017A | Charles Vincent George Design Group | $ 1,614.25 | $ 0.00 | $ 0.00 |
| 000017B | Charles Vincent George Design Group | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000018 | Imperial Plumbing & Heating | $ 18,406.18 | $ 0.00 | $ 0.00 |
| 000019 | Citibank USA NA | $ 26,964.59 | $ 0.00 | $ 0.00 |
| 000020 | Kustom Heating & Cooling | $ 35,581.50 | $ 0.00 | $ 0.00 |
| 000021 | Granite & Marble Expressons Inc | $ 23,579.00 | $ 0.00 | $ 0.00 |
| 000022 | Daniel and Colleen Shanahan | $ 6,900.00 | $ 0.00 | $ 0.00 |
| 000023 | Acrylic Masters | $ 503.00 | $ 0.00 | $ 0.00 |
| 000024 | Russ All Plumbing & Sewer | $ 9,775.00 | $ 0.00 | $ 0.00 |
| 000025 | Russ All Plumbing & Sewer | $ 4,200.00 | $ 0.00 | $ 0.00 |
| 000026 | Russ All Plumbing & Sewer | $ 9,175.00 | $ 0.00 | $ 0.00 |
| 000027 | St. Paul Travelers (Invol) | $ 56,104.00 | $ 0.00 | $ 0.00 |
| 000028 | State Automatic Heating & Cooling | $ 8,016.74 | $ 0.00 | $ 0.00 |
| 000030 | Windy City Exteriors Inc | $ 46,486.00 | $ 0.00 | $ 0.00 |
| 000032 | Quality Granite & Marble | $ 12,210.00 | $ 0.00 | $ 0.00 |
| 000033A | Illinois Department of Revenue | $ 319.73 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Accountemps | $ 15,251.04 | $ 0.00 | $ 0.00 |
| 000035 | Enterprise Plumbing | $ 22,299.25 | $ 0.00 | $ 0.00 |
| 000036 | Dan and Jodi Chambers | $ 7,065.59 | $ 0.00 | $ 0.00 |
| 000037 | Carls Septic Service Inc | $ 10,295.00 | $ 0.00 | $ 0.00 |
| 000038A | Hogan Plumbing Inc | $ 6,212.10 | $ 0.00 | $ 0.00 |
| 000040 | Richard and Wanda Piccolo | $ 77,014.98 | $ 0.00 | $ 0.00 |
| 000041 | F. E. Wheaton & Company, LLC | $ 78,092.21 | $ 0.00 | $ 0.00 |
| 000042A | Arturo & Juan Construction Inc | $ 71,739.57 | $ 0.00 | $ 0.00 |
| 000043 | Liberty Paving Co Inc. | $ 5,025.00 | $ 0.00 | $ 0.00 |
| 000044 | Daves Electric Inc | $ 94,945.00 | $ 0.00 | $ 0.00 |
| 000045 | Waste Management | $ 4,715.09 | $ 0.00 | $ 0.00 |
| 000047 | Huebner Roofing, Inc | $ 27,035.00 | $ 0.00 | $ 0.00 |
| 000048 | D&H Energy Management LLC | $ 2,780.00 | $ 0.00 | $ 0.00 |
| 000049 | Daves Electric Inc | $ 94,945.00 | $ 0.00 | $ 0.00 |
| 000051 | Imperial Plumbing & Heating | $ 18,406.18 | $ 0.00 | $ 0.00 |
| 000052 | Kustom Heating & Cooling | $ 35,581.50 | $ 0.00 | $ 0.00 |
| 000053 | State Automatic Heating & Cooling | $ 7,468.00 | $ 0.00 | $ 0.00 |
| 000054 | Windy City Exteriors, Inc | $ 46,486.00 | $ 0.00 | $ 0.00 |
| 000055A | Charles Vincent George Design Group | $ 1,614.25 | $ 0.00 | $ 0.00 |
| 000056 | Liberty Paving Co Inc. | $ 5,025.00 | $ 0.00 | $ 0.00 |
| 000058 | Prado Verdes Landscaping Inc | $ 36,236.00 | $ 0.00 | $ 0.00 |
| 000059 | Russ All Plumbing & Sewer | $ 9,175.00 | $ 0.00 | $ 0.00 |
| 000060 | Christopher and Nancy Blum | $ 54,098.73 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000061 | Christopher and Nancy Blum | $ 54,098.73 | $ 0.00 | $ 0.00 |
| 000062 | Thomas and Kelly Balash | $ 29,894.62 | $ 0.00 | $ 0.00 |
| 000063 | Michael and Patti Galletti-Winnega | $ 79,275.80 | $ 0.00 | $ 0.00 |
| 000064 | Stephen & Genevieve Barratt | $ 52,359.00 | $ 0.00 | $ 0.00 |
| 000065 | Pierce Laminated Products Inc | $ 13,657.35 | $ 0.00 | $ 0.00 |
| 000066 | J&D Door Sales Inc | $ 4,493.00 | $ 0.00 | $ 0.00 |
| 000067 | Cybor Fire Protection Co | $ 6,374.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $                0.00

Remaining Balance      $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 50,757.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Department of the Treasury-Internal Revenue | $ 50,757.95 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors      $                0.00

Remaining Balance      $                0.00

Prepared By: /s/ Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                 Page 1 of 3                   Date Rcvd: Jan 10, 2011
Case: 06-06151                 Form ID: pdf006              Total Noticed: 146

The following entities were noticed by first class mail on Jan 12, 2011.
db           +Cvek Builders Inc,    1530 Hubbard Avenue,    Unit B,    Batavia, IL 60510-1497
aty          +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1507
aty          +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
               Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty          +Patrick A Clisham,    Shaw Gussis Fishman Glantz Wolfson,    321 North Clark Street,    Suite 800,
               Chicago, IL 60654-4766
aty          +Teresa L. Einarson,    Thomas & Einarson Ltd.,    29W204 Roosevelt Road,
               West Chicago, IL 60185-3926
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Timothy P Whelan,    Law Office of Timothy Whelan,    1200 Roosevelt Road,    Suite 150,
               Glen Ellyn, IL 60137-7807
aty           Vipin R Gandra,    Chicago, IL
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
10753687     +A&J Concrete Construction,    119 Turner Court,    West Chicago, IL 60185-2875
10753688     +Accountemps,    12400 Collections Center Drive,    Chicago, IL 60693-0124
10861515     +Accountemps,    c/o Karen Lima,    Div of Robert Half International,
               5720 Stoneridge Drive, Suite Three,    Pleasanton, CA 94588-4521
10753689      Acrylic Masters,    3412 N Fairway Drive,    Mchenry, IL 60050
10753690      Aetna,    PO box 44129,    Jacksonville, FL 32231-4129
10789027     +Aetna,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,    Timonium, Maryland 21094-5126,
               Telephone Number: (410) 773-4085
10753691     +All-Pro Plumbing & Remodeling,    472 Concord Ave,    South Elgin, IL 60177-2351
10753692     +Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7723
10753694     +Americas Steam Sauna & Spa,    2831 W Rascher,    Chicago, IL 60625-3213
10753695     +Anne I Shaw,    608 West Briar Place,    Chicago, IL 60657-4521
10753696     +Architectural Integrity,    914 S 4th Street,    Saint Charles, IL 60174-3920
10753697     +Architectural Resources,    427 W State Street,    Geneva, IL 60134-2157
10753721     +Arturo & Juan Construction Inc,    c/o Edgerton & Edgerton,    125 Wood St. - PO Box 218,
               West Chicago, IL 60185-2804
10753698     +Associated Engineering,    4S100 N Rte 59,    Naperville, IL 60563-9641
10753699     +Brady & Jensen LLP,    2425 Royal Boulevard,    Elgin, IL 60123-2507
10753700     +Caine & Weiner,    1100 East Woodfield Road,    Schaumburg, IL 60173-5116
10753701     +Capitol One,    PO Box 790217,    Saint Louis, MO 63179
10753702      Carls Septic Service Inc,    20 W 335 S Frontage Road,    Lemont, IL 60439
10753703     +Central DuPage Hospital,    25 N. Winfield Road,    Winfield, IL 60190-1295
10753704     +Charles Vincent George Design Group,    604 N Washington Street,    Naperville, IL 60563-3199
10753705     +Choice Builders Inc,    304 Westbury Ct,    Naperville, IL 60565-2230
10867273      Christopher and Nancy Blum,    c/o Mark Wetterquist,    20 N Clark Street, Suite 3200,
               Chicago, IL 60602-5093
10777990     +Cit Technology Financing,    Weltman, Weinberg and Reis, Co,    175 S Third St Suite 900,
               Columbus, OH 43215-5177
10753706      Citibank USA NA,    DBA: The Homes Depot,    PO Box 9025,    Des Moines, IA 50368
10753707     +City Ornamental Iron Works,    254 N State Street,    Elgin, IL 60123-5453
10753708     +Cleary Plastering,    5235 S Nagel Ave,    Chicago, IL 60638-1338
10753709     +Construction Detailers Inc,    36W315 Barton Drive,    Saint Charles, IL 60175-6311
10753710     +Cornerstone Cabinet & Remodel Inc,    1743 East Wilson St,    Batavia, IL 60510-1470
10753711     +Countertops Unlimited,    347 Mill Street,    Batavia, IL 60510-9227
10753712     +Custom Wood Work,    4905 Pine Cone Court,    Suite 2,    Loves Park, IL 61111-6206
10753713     +Cybor Fire Protection Co,    5123 Thatcher Road,    Downers Grove, IL 60515-4029
11330691     +D&H Energy Management LLC,    11410 Kreutzer Rd,    Huntley, IL 60142-8094
10753714     +Dan and Jodi Chambers,    4N323 Derby Circle,    Saint Charles, IL 60175-7925
10753774     +Dan and Jodi Chambers,    c/o Patrick Keeley,    Piccione, Keeley & Assoc Ltd,
               122C South County Farm Road,    Wheaton, IL 60187-4594
10753716     +Daniel Hernandez,    25921 Meadowland Circle,    Plainfield, IL 60585-2824
10753715     +Daniel and Colleen Shanahan,    1125 Woodland Hills,    Batavia, IL 60510-3331
10753717      Daves Electric Inc,    1545 Paramount Parkway,    Batavia, IL 60510-1469
10753718     +Del Rios Painting,    1037 Allen Ave,    West Chicago, IL 60185-3801
10753719     +Denniger Builders Inc,    0S340 Forest St,    Winfield, IL 60190-1405
10753720     +Down Under Construction Inc,    PO Box 613,    Saint Charles, IL 60174-0613
10753722     +Enterprise Plumbing,    816 E North Street,    Elburn, IL 60119-9083
10753723     +Essex Insurance,    American Financial Mgmt, Inc,    3715 Ventura Drive,
               Arlington Heights, IL 60004-7696
10753724     +Euro-Tech Hardwood,    9459 Maple Dr,    Apt 3B,    Rosemont, IL 60018-5011
11079766      F. E. Wheaton & Company, LLC,    202 & 204 W. Wheaton Avenue,    Yorkville, IL 60560
10753725      FE Wheaton & Co Inc,    PO Box 459,    Yorkville, IL 60560-0459
10753726     +First Choice Bank,    1900 West State Street,    Geneva, IL 60134-3635
10753727     +Florentino Hardwood,    9459 Maple Dr,    Apt 3B,    Rosemont, IL 60018-5011
10753728     +Furniture Medic,    PO Box 6001,    Naperville, IL 60567-6001
10753729     +Geneva Construction,    PO Box 998,    Aurora, IL 60507-0998
10753730     +Geral R Slutsky,    Attorney at Law,    2531 Queens Way,    Northbrook, IL 60062-6542
10753732     +Granite & Marble Expressons Inc,    8428 W 44th Place,    Lyons, IL 60534-1744
10753733     +Guide Book Publishing,    PO Box 240430,    Ballwin, MO 63024-0430
10753734      Hardrock Concrete Cutters Inc,    84 Lee Street,    Des Plaines, IL 60016-6546
10753735     +Hogan Plumbing Inc,    30W265 Youghal Road,    Warrenville, IL 60555-1552
10969419     +Hogan Plumbing, Inc.,    30 W 265 Youghal Road,    Warrenville, Illinois 60555-1552
10753737     +Honey Bucket,    PO Box 491,    Elmhurst, IL 60126-0491
10753738     +Huebner Roofing Inc,    730 Chestnut Street,    Lemont, IL 60439-4201
11328371     +Huebner Roofing, Inc,    c/o Thomas G. O'Brien,    661 W. Lake St.,    Chicago. IL 60661-1034
10753739     +IL Dept of Employment Security,    Bankruptcy Unit, 3rd Floor,    401 S State St,
               Chicago, IL 60605-1229
```

```
District/off: 0752-1          User: froman                 Page 2 of 3                   Date Rcvd: Jan 10, 2011
Case: 06-06151                Form ID: pdf006              Total Noticed: 146


10850673       ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
                 (address filed with court:  Illinois Department of Revenue,     Bankruptcy Unit,
                 100 W. Randolph St., #7-400,    Chicago, IL 60601)
10753742       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
16146687        +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
10753740         Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
10753741        +Imperial Plumbing & Heating,    PO Box 8008,    Elburn, IL 60119-8008
10753743        +J&D Door Sales Inc,    200 E Second St,    PO Box 245,    Big Rock, IL 60511-0245
10753748        +JS Construction & Remodeling,    5209 W 99th St,    Oak Lawn, IL 60453-3039
10753745        +James W Sipla,    28W684 Main Street,    Warrenville, IL 60555-3414
10805459        +Jim & Patty Lambert,    c/o Rathje & Woodward, LLC,    300 East Roosevelt Road, Suite 300,
                 Wheaton, IL 60187-1908
10753746        +Jim and Patty Lambert,    22W060 Martson,    Glen Ellyn, IL 60137-6820
10782788        +Jim’s Decorating Co.,    1095 W. Washington St.,    West Chicago, IL 60185-2601
10753747        +Jims Decorating Co Inc,    1095 W Washington,    West Chicago, IL 60185-2601
10753749        +Juan Rivera,    1151 Concord Drive,    Elgin, IL 60120-7608
10753750        +K Hoving Inc,    3N551 Powis Road,    West Chicago, IL 60185-1042
10753751        +K Reinke Jr & Company,    202 Barrington Ave,    Dundee, IL 60118-1313
11597397        +K.T. Richards Construction Co.,    19635 97th Ave.,    Mokena, IL 60448-9389
10753752        +KCM Demolition Companies Inc,    PO box 661,    Lombard, IL 60148-0661
10753753        +Kents Thermaseal LLC,    8425 Kennedy Ave,    Highland, IN 46322-1139
10753754        +Kustom Heating & Cooling,    424 Mill St,    South Elgin, IL 60177-1737
10753755        +Kwik Copy,    105 S 14th Street,    Saint Charles, IL 60174-2562
10753762        +LTD Financial Services LP,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2053
10753756        +Law Offices Barry Serota & Assoc,     PO Box 1008,    Arlington Heights, IL 60006-1008
10753757        +Lawrence J Kimmel PC,    2020 Dean Street,    Unit K,    Saint Charles, IL 60174-1665
10753758        +Lewis Electric,    510 Hill Ave,    Aurora, IL 60505-5010
10753759        +Liberty Paving Co Inc.,    1420 Liberty St,    Aurora, IL 60505-3116
10753760         Liturgical Publications of St Louis,    160 Old State Road,    Ballwin, MO 63021-5915
10753761         Loyola Univ Physician Foundation,    PO Box 98418,    Chicago, IL 60693-8418
10753763        +Maggio Rent a Fence,    2225 W North Avenue,    Melrose Park, IL 60160-1107
10753765         Menards,    HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
10867315         Michael and Patti Galletti-Winnega,     c/o Mark D Wetterquist,    20 N Clark Street Suite 3200,
                 Chicago, IL 60602-5093
10753766         Midwest Chlorinating & Testing Inc,    420 W Western Ave,    Bartlett, IL 60103
10753767        +Murrco Incorporated,    Box 227,    Winfield, IL 60190-0227
10753769        +NWA Mechanical,    917 First Street,    Batavia, IL 60510-2492
10753768        +Northwest News Group,    c/o Biehl & Biehl Inc,    411 E Irving Park Road,
                 Bensenville, IL 60106-2230
10753770        +Olde Time Plumbing Inc,    1807 S Washington Street,    Suite 110/378,    Naperville, IL 60565-2446
10753771         Onyx Waste Services Inc,    8246 Innovation Way,    Chicago, IL 60682-0082
10753772        +Paul Cvek,    322 Logan,    Geneva, IL 60134-1121
10753773        +Paul S Cvek,    322 Logan Avenue,    Geneva, IL 60134-1121
10753775        +Pierce Laminated Products Inc,    C/O Kim M Casey Atty,    800 N Church Street,    PO Box 589,
                 Rockford, IL 61105-0589
10753776        +Prado Verdes Landscaping Inc,    Pilar Lopez,    3N270 Timberline Drive,
                 West Chicago, IL 60185-1328
10753777        +Prairie State Water Systems, Inc.,     620 Meadow Lane,    Lombard, IL 60148-1437
10753778        +Premium Assignment Corporation,    PO Box 3066,    Tallahassee, FL 32315-3066
10753779        +Prime Telecommunications Inc,    5520 W Touhy,    Suite N,    Skokie, IL 60077-3803
10753780        +Quality Granite & Marble,    21W301 Lake Street,    Addison, IL 60101-6187
10753781        +Quick HVAC Service Inc,    1606 Woodbine Drive,    Round Lake, IL 60073-1963
10753782         R.M.S.,    PO Box 280431,    East Hartford, CT 06128-0431
10753783        +RDM Trucking and Construction Inc,    29W065 Bolles Ave,    West Chicago, IL 60185-3657
11075050      ++++RICHARD AND WANDA PICCOLO,    29W338 MAGNOLIA LN,    ELGIN IL 60120-9253
                 (address filed with court:  Richard and Wanda Piccolo,    2207 Magnolia Lane,    Elgin, IL 60120)
11079789      ++++RICHARD PICCOLO,    29W338 MAGNOLIA LN,    ELGIN IL 60120-9253
                 (address filed with court:  Richard Piccolo,    2207 Magnolia Lane RR4,    Elgin Illinois 60120)
10753785        +RMS,    PO Box 523,    Richfield, OH 44286-0523
10753784         Richard C Imming,    48 Hillcrest Drive,    Aurora, IL 60506
10753786        +Robinsons Construction Inc,    c/o Daniel W Sherman,    2153 Ransom Rd,    Valparaiso, IN 46385-8545
10753787        +Russ All Plumbing & Sewer,    318 Interstate Road,    Addison, IL 60101-4516
10753788        +SS Schwarz Construction,    1185 Carolina Drive,    West Chicago, IL 60185-1713
10753788        +Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
10753789         Safeguard Business Systems,    PO Box 88043,    Chicago, IL 60680-1043
10753790         Savin Corporation,    21146 Network Place,    Chicago, IL 60673-1211
10753791        +Service Magic Inc,    14023 Denver West Parkway,    Suite 200,    Golden, CO 80401-3259
10753793        +Shearer & Agrella,    4N701 School Road,    Saint Charles, IL 60175-6508
10753794        +Sleeth Electric Inc,    48W605 Hinckley Road,    Big Rock, IL 60511-9311
10753795        +Southwest Insulation Inc,    13949-51 S Kildare,    Crestwood, IL 60445-2356
10753796        +Sparks Engineering Service Inc,    306 Anderson Boulevard,    Geneva, IL 60134-1206
10753797         Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
10861514        +St. Paul Travelers (Inv),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                 Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
10809119        +St. Paul Travelers (Invol),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                 Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
10753799        +Stairs Inc,    PO Box 5083,    Aurora, IL 60507-5083
10753800        +State Automatic Heating & Cooling,    1335 Paramount Parkway,    Batavia, IL 60510-1460
10753802        +Steinbrecher Surveyor, Inc.,    141 S. Neltor Blvd,    West Chicago, IL 60185-2844
```

```
District/off: 0752-1          User: froman              Page 3 of 3               Date Rcvd: Jan 10, 2011
Case: 06-06151                Form ID: pdf006           Total Noticed: 146

10867210    Stephen & Genevieve Barratt,    c/o Mark D Wetterquist,    20 N Clark Suite 3200,
             Chicago, IL 60602-5093
10753803   +The Home Improvement Network,    201 E Park Street,    Mundelein, IL 60060-1973
10867276    Thomas and Kelly Balash,    c/o Mark D Wetterquist,    20 N Clark Street Suite 3200,
             Chicago, Il 60602-5093
10753805   +Viking Office Supply,    124 W State Street,    Geneva, IL 60134-2216
10753806   +Village Profile,    33 N Geneva St,    Elgin, IL 60120-5620
11079790 ++++WANDA PICCOLO,   29W338 MAGNOLIA LN,    ELGIN IL 60120-9253
             (address filed with court: Wanda Piccolo,    2207 Magnolia Lane RR4,    Elgin, Illinois 60120)
11198925   +Waste Management,    Walinski and Trunkett PC,    25 E Washington Ste 1221,
             Chicago, IL 60602-1758
10753807   +Windy City Exteriors Inc,    1000 Rand Road,    #117,    Wauconda, IL 60084-1199
11549883    Windy City Exteriors, Inc,    c/o Shaw & Associates,    608 W Briar Place,    Chicago, IL 60657-4521
10753808   +Wm Horn Structural Steel Co,    1101 Commerce Drive,    PO Box 106,    Geneva, IL 60134-0106
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Springer Brown Covey Gaertner & Davis LLC
aty         Thomas & Einarson, Ltd
11277786    Office of the U.S. Trustee
10803238*   Acrylic Masters,    3412 N Fairway Drive,    Mchenry, IL 60050
10767369*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
16146800*  +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
10753693  ##+Alternating Currents,    21W140 Hill Ave,    Unit B,    Glen Ellyn, IL 60137-4835
10753731  ##+Glass Options Inc,    910 First Street,    Batavia, IL 60510-2490
10753736   ##Home Builders of Greater Fox Valley,    555 S Randall Road,    Suite 201,
             Saint Charles, IL 60174-5918
10753744  ##+Jama Cedar Construction,    5209 West 99th Street,    Oak Lawn, IL 60453-3039
10753764  ##+Marios Plumbing,    3317 Bailey Street,    Plano, IL 60545-2236
10753792  ##+Shapiro Surveying PC,    9800 S Roberts Road,    Suite 200,    Palos Hills, IL 60465-1496
10753801  ##+Stead Sheet Metal,    4452 N Austin Avenue,    Chicago, IL 60630-3135
10753804  ##+Transword Systems Inc,    25 Northwest Point Blvd,    #750,    Elk Grove Village, IL 60007-1058
                                                                               TOTALS: 3, * 3, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                **Signature:**   *Joseph Speetjens*